IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRINCEPS INTERFACE TECHNOLOGIES LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 19-1102 (CFC) |
| ALPHABET INC. and GOOGLE LLC, | ) ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL OF ALPHABET INC.**

WHEREAS, Plaintiff Princeps Interface Technologies, LLC ("Princeps") has alleged that Defendants Google LLC ("Google") and Alphabet Inc. ("Alphabet") "have directly infringed and continue to directly infringe at least claims 1, 2, 3, 9, 12 and 60 of the '963 patent under 35 U.S.C. § 271(a) by making, using, selling, offering to sell and/or importing information input devices such as Pixel phones with proprietary Google Apps and/or third-party Apps with keyboard functionalities and an operating system such as the Android operating system (the "Accused Instrumentalities")." (D.I. 1, ¶ 27)

WHEREAS, Google represents that it is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet.

WHEREAS, Google represents that the accused Google devices as described in Princeps' complaint claim chart are developed and distributed by Google (D.I. 1, Exhibit A-1) and that Google has control over the witnesses, documents, and other evidence relating to the accused products.

IT IS HEREBY STIPULATED by and between the undersigned counsel for the Parties, subject to the approval of the Court, that:

1.    Princeps' claims against Alphabet are dismissed without prejudice.

2.     If Princeps believes that later information or discovery reveals that Alphabet should be a party to this lawsuit, Princeps reserves the right to seek the addition of Alphabet the lawsuit, and Alphabet shall not rely on any delay or lapse of time from the period of dismissal as a basis to oppose addition, as long as Princeps moves for the addition of Alphabet to this lawsuit no later than 60 days before the close of fact discovery.  Alphabet reserves all other rights.

| DEVLIN LAW FIRM LLC. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Timothy Devlin* | */s/ Jack B. Blumenfeld* |
| Timothy Devlin (#4241) | Jack B. Blumenfeld (#1014) |
| Patrick R. Delaney (*pro hac vice*) | Brian P. Egan (#6227) |
| 1526 Gilpin Avenue | 1201 North Market Street |
| Wilmington, DE  19806 | P.O. Box 1347 |
| (302) 449-9010 | Wilmington, DE  19899 |
| tdevlin@devlinlawfirm.com | (302) 658-9200 |
| pdelaney@devlinlawfirm.com | jblumenfeld@mnat.com |
|  | began@mnat.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED this ____ day of _____, 2019.

_____

The Honorable Colm F. Connolly

2